Decided February 28, 2007

### INTERCITY DEVELOPMENT, LLC *v.* JOAO ANDRADE ET AL.

The defendants' cross petition for certification for appeal from the Appellate Court, 96 Conn. App. 608 (AC 25918/AC 26319), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court acted within its discretion in permitting the complaint to be amended after trial?"

The Supreme Court docket number is SC 17849.

*David P. Friedman* and *Marcy Tench Stovall,* in support of the cross petition.

Decided February 28, 2007

### ROBERT PECAN *v.* PERRY MADIGAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 617 (AC 26607), is denied.

*Neil Johnson,* in support of the petition.

*William C. Berry,* in opposition.

Decided February 28, 2007